IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERNEST FOYE, KELVIN HOLLY, and LEGENE EDWARDS,** : | **CIVIL ACTION** |
| *Plaintiffs*, : | |
| : | |
| v. : | |
| : | |
| **SEPTA and DARREN VOGELMAN,** : | **No. 15-1036** |
| *Defendants*. : | |

## O R D E R

**AND NOW**, this 28th day of March, 2017, upon consideration of Defendants' Motion for Summary Judgment on Kelvin Holly's Claims (Docket No. 22), Defendants' Motion for Summary Judgment on Ernest Foye's Claims (Docket No. 23), Defendants' Motion for Summary Judgment on Legene Edwards's Claims (Docket No. 24), Defendants' Motion to Strike Portions of the Declarations of Kelvin Holly and Legene Edwards (Docket No. 35), responses thereto, and oral argument, it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment on Kelvin Holly's Claims (Docket No. 22) is **GRANTED**;

2. Defendants' Motion for Summary Judgment on Ernest Foye's Claims (Docket No. 23) is **GRANTED**;

3. Defendants' Motion for Summary Judgment on Legene Edwards's Claims (Docket No. 24) **GRANTED**;

4. Defendants' Motion to Strike Portions of the Declarations of Kelvin Holly and Legene Edwards (Docket No. 35) is **DEEMED MOOT**.

1

5. The Clerk of Court shall close this case for all purposes, including statistics.

        BY THE COURT:


        S/Gene E.K. Pratter
        GENE E.K. PRATTER
        United States District Judge